### No. 12,903.

### IN RE L. D. McLAIN ET AL.

<div style="float:right">50   999<br>50 1136<br>50 1351<br>51 1367</div>

The writ of *certiorari* under Art. 101 of the Constitution of 1898 will not not issue to review decisions of the courts of appeal of mere questions of fact. See *In r_e* A. J. Murff praying for the writ. 50 An., not yet reported.

APPLYING for Writ of Error to the Court of Appeals, First Circuit, in the case of L. D. McLain vs. N. Burgess.

---

*W. A. Van Hook* for Relators.

---

Petition filed July 20, 1898.
Opinion handed down July 20, 1898.

---

The opinion of the court was delivered by

MILLER, J. The petition shows the determination by the Court of Appeals on the respective titles of the parties in a petitory action. The Supreme Court has no appellate jurisdiction to review judgments of the courts of appeal. Article 101 of the Constitution adopts the provisions in the act of Congress, March 3, 1891, 26th Statutes, p. 828, Sec. 6, Lau Ow. Bew vs. United States, 144 U. S. 58, authorizing the writ of *certiorari* to Circuit Courts of Appeal. The jurisdiction of the Supreme Court of the United States under that section was doubtless in contemplation. Generally, the writ issues to secure uniformity of decision by the courts of appeal and

other cases of importance presenting legal questions. There is no warrant to use the writ to correct supposed errors of the court in determining the effect of conflicting titles, as in this case. The application is denied.